UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:05-cr-531-T-17AAS

EMMANUEL MELLON
a/k/a Jean Wessner Blain
a/k/a Jean Gedel

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant EMMANUEL MELLON, without prejudice. Leave of Court is granted, and the Indictment is dismissed against Defendant EMMANUEL MELLON, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant EMMANUEL MELLON.

Dated: MAY 17th 2018

ELIZABETH A. KOVACHEVICH
United States District Judge